TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Herbert Cruz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Herbert Cruz,<br><br>                Plaintiff,<br><br>     vs.<br><br>GC Services, L.P.,<br><br>                Defendant. | Case No.: 1:15-cv-00932-KJM-JLT<br><br>**STIPULATION OF DISMISSAL** |

# STIPULATION OF DISMISSAL

Plaintiff HERBERT CRUZ and Defendant GC Services, LP, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that Plaintiff's lawsuit in its entirety against GC Services, LP is hereby dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

| Plaintiff | Defendant |
|---|---|
| */s/ Trinette G. Kent* | */s/ Renee Choy Ohlendorf* |
| TRINETTE G. KENT | RENEE CHOY OHLENDORF |
| Attorney for Plaintiffs | Attorney for Defendant |

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On September 14, 2015, I served a true copy of foregoing document(s): **STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on September 14, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants GC Services, L.P.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

**1**  Executed on September 14, 2015.

**2**

**3**                                                           By: _/s/  Trinette G. Kent_
**4**                                                           Trinette G. Kent, Esq.
                                                                Lemberg Law, LLC
**5**

**6**

**7**

**8**

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**